# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8696
Fax: 919-861-5555

**DATE:** September 19, 2018

**FROM:** Jonathan Holmes
U.S. Probation Officer

**SUBJECT:** GORHAM, Joe Lee
Case No.: 4:08-CR-39-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On October 21, 2008, pursuant to a guilty plea to Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base (Crack), Joe Lee Gorham appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 120 months imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on February 19, 2016, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since June 2016. His term of supervision is set to expire on February 18, 2021.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and no objection was presented. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          9-21-18
Terrence W. Boyle                  Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　Crim. No. 4:08-CR-39-1BO

JOE LEE GORHAM

　　　On February 19, 2016, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　is true and correct.


　　　　　　　　　　　　　　　　　　　　/s/ Jonathan A. Holmes
　　　　　　　　　　　　　　　　　　　　Jonathan A. Holmes
　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer 310 New
　　　　　　　　　　　　　　　　　　　　Bern Avenue, Room 610 Raleigh,
　　　　　　　　　　　　　　　　　　　　NC 27601-1441
　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8696
　　　　　　　　　　　　　　　　　　　　Executed On: September 19, 2018


## ORDER OF COURT

　　　Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of ___September___, 2018.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Terrence W. Boyle
　　　　　　　　　　　　　　　　　　　　U.S. District Judge